UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL MCLEER (a.k.a. MICHAEL KAVES),
individually and on behalf of a class of similarly
situated individuals,

                            JUDGMENT

          Plaintiff,              21-cv-3093 (CBA) (CLP)

  v.

NEW YORK CITY POLICE DEPARTMENT;
CITY OF NEW YORK,

         Defendants,
-----------------------------------------------------------------X

      A Memorandum and Order of the Honorable Carol B. Amon, United States District Judge, having been filed on September 29, 2022, granting Defendants' motion to dismiss McLeer's Monell claim; and denying McLeer's request for leave to amend the Complaint without prejudice; it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss McLeer's Monell claim is granted; and that McLeer's request for leave to amend the Complaint is denied without prejudice.

Dated: Brooklyn, New York                              Brenna B. Mahoney
       September 30, 2022                                   Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk