UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MICHAEL MCLEER
(A.K.A. MICHAEL KAVES),
Individually and on behalf of a class of all others similarly situated,

                              Plaintiff,

                v.

NEW YORK CITY POLICE DEPARTMENT; CITY OF NEW YORK,

                              Defendants.
----------------------------------------------------------------x

**ENDORSED ORDER**

**STIPULATION AND ORDER OF DISMISSAL**

21-CV-3093 (CBA) (CLP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
March 26, 2024

EISENBERG & BAUM
*Attorneys for Plaintiff*
24 Union Square East, Penthouse
New York, New York 10003

By: _____
Juyoun Han, Esq.
*Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: _____
Aimee K. Lulich, Esq.
*Senior Counsel*

So Ordered: Date 4/09/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Clerk of the Court is directed to close this case.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MICHAEL MCLEER
(A.K.A. MICHAEL KAVES),
Individually and on behalf of a class of all others similarly
situated,

                                                Plaintiff,

                    v.

NEW YORK CITY POLICE DEPARTMENT; CITY OF
NEW YORK,

                                                Defendants.
----------------------------------------------------------------x

**STIPULATION OF SETTLEMENT**

21-CV-3093 (CBA) (CLP)

       **WHEREAS,** plaintiff commenced this action by filing a complaint on or about June 1, 2021, alleging that the defendants violated plaintiff's federal civil rights and rights under the Visual Artists Rights Act (17 U.S.C. § 106A); and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

       1.     The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

       2.     The City of New York hereby agrees to pay **ONE HUNDRED AND THIRTY FIVE THOUSAND ($135,000.00) DOLLARS** in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees within 90 days of receipt of all documents

necessary to effect settlement as described in paragraph "3" below. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants, to waive all rights under the Visual Artists Rights Act, 17 U.S.C.S. § 106A(a)(3)(A) & (B), to the mural entitled "Death From Above" ("Subject Mural") located on the corner of 95-97 Bridge Street and 157 York Street in Brooklyn, New York, and to release defendants, or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiff's rights related to the destruction, distortion, mutilation, or modification of the Subject Mural, including claims for costs, expenses, and attorneys' fees.

3. Plaintiff shall execute and serve on defendants' attorney by legal tender (either by personal service or certified mail) at 100 Church Street, New York, New York 10007 all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2" above, IRS Form W-9, and an Affidavit of Status of Liens.

4. Nothing contained herein shall be deemed to be an admission that the defendants in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiff agrees to hold harmless defendants regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter. If Medicare claims are not satisfied, the City of New York reserves the right to issue a multiparty settlement check

naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

7. This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       March ___, 2024

EISENBERG & BAUM
*Attorneys for Plaintiff*
24 Union Square East, Penthouse
New York, New York 10003

By: _____
    Juyoun Han, Esq.
    *Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: _____
    Aimee K. Lulich, Esq.
    *Senior Counsel*

SO ORDERED:

_____
HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE